UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:11-CV-455-H

STEPHANIE L. MONTGOMERY                                                                  PLAINTIFF

V.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY                                                DEFENDANT

**MEMORANDUM AND ORDER**

The Magistrate Judge has issued a report and recommendation concluding that he can find no factual or legal error in the Administrative Law Judge's determination that Plaintiff is not disabled within the meaning of the applicable Social Security statutes and recommendations. Consequently, the Magistrate Judge recommends that this Court enter an order affirming the decision of the Commissioner of Social Security. Plaintiff has not filed an objection to the Magistrate Judge's report. Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the report and recommendation of the Magistrate Judge is AFFIRMED, the decision of the Commissioner of Social Security stands and this case is DISMISSED WITH PREJUDICE.

This is a final and appealable order.

cc:       Counsel of Record